# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS L. HALL, et al., <br>     Plaintiffs, <br>     v. <br> FCA US, LLC, <br>     Defendant. | Case No.: 1:16-CV-00684 JLT <br><br> ORDER AFTER TELEPHONIC CONFERENCE <br> (Doc. 59) |

At the telephonic conference, the parties agreed the trial would be continued due to the unavailability of counsel and the impending surgery of Mr. Hall. Thus, the Court **ORDERS**:

1. The trial is **CONTINUED** to **April 23, 2018**;

2. The pretrial order is amended as follows:

    a. On or before **February 23, 2018** counsel **SHALL** meet and confer to discuss any disputes related to the above listed exhibits and to pre-mark and examine each other's exhibits. Any exhibits not previously disclosed in discovery **SHALL** be provided so that it is received by **February 19, 2018**.

    b. The parties **SHALL** deliver three sets of their exhibit binders[1] to the

---

[1] If appropriate, counsel may create a third category of exhibits: Shared Exhibits. These are exhibits that both parties would like marked but to which there may be objections to their introduction. These exhibits will be contained in a separate set of exhibit binders and they will be appropriately marked, i.e., as SE, and will be indexed as such on the index provided in the Shared Exhibit binder. At trial, the proponent of the exhibit will be obligated to lay the proper foundation for the exhibit unless there is a stipulation to admit the exhibit without a further showing.

1

Courtroom Clerk and provide one set to their opponent, no later than 4:00 p.m., on **April 20, 2018.** Counsel are obligated to ensure the joint and shared exhibits are delivered, but they will decide which of them will take on this task;

    c.    Any additional motions in limine may be filed no later than **March 2, 2018** and opposition thereto **SHALL** be filed no later than **March 16, 2018**;

    d.    The parties **SHALL** file proposed voir dire questions, in accordance with Local Rule 162.1, **April 13, 2018** days before trial;

    e.    The parties **SHALL** confer regarding their proposed jury instructions and verdict form no later than **February 23, 2018**. At the conference, the parties **SHALL** attempt to reach agreement on jury instructions and the verdict form for use at trial. The parties **SHALL** file all joint jury instructions and the joint verdict form no later than **April 6, 2018.** At the same time, the parties **SHALL** lodge via e-mail a copy of the joint jury instructions and joint verdict form (in Word format) to JLTOrders@caed.uscourts.gov.

**If and only if, after genuine, reasonable and good faith effort** to come to consensus, the parties cannot agree upon specific jury instructions or the verdict form, the parties **SHALL** file their respective proposed (disputed) jury instructions and proposed (disputed) verdict form no later than **April 6, 2018,** and identify such as the disputed jury instructions and verdict forms. At the same time, the party **SHALL** lodge via e-mail to JLTOrders@caed.uscourts.gov, a copy of the party's (disputed) jury instructions and proposed (disputed) verdict form (in Word format).

    f.    Any objections to any amendment to the pretrial order **SHALL** be filed within 10 days.

    3.    The Court sets a settlement conference before the Honorable Michael J. Seng on **February 2, 2018** at 10:30 a.m. in courtroom 6 of the Robert E. Coyle Federal Courthouse at 2500 Tulare Street, Fresno CA.

IT IS SO ORDERED.

    Dated:   **December 28, 2017**             **/s/ Jennifer L. Thurston**
                                                            UNITED STATES MAGISTRATE JUDGE