# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS L. HALL, et al., | Case No.: 1:16-CV-00684 JLT |
| Plaintiffs, | ORDER AFTER NOTICE OF SETTLEMENT (Doc. 65) |
| v. | |
| FCA US, LLC, | |
| Defendant. | |

The parties have notified the Court that the matter has been settled. (Doc. 65) Thus, the Court **ORDERS**:

1. The stipulation to dismiss the action **SHALL** be filed **no later than March 29, 2018**;
2. All pending dates, conferences and hearings are **VACATED**.

**The parties are advised that failure to comply with this order may result in the Court imposing sanctions, including the dismissal of the action.**

IT IS SO ORDERED.

Dated: **February 1, 2018**        **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE