# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS L. HALL and MICHELLE L. HALL, <br><br> Plaintiffs, <br><br> v. <br><br> FCA US, LLC, <br><br> Defendant. | Case No.: 1:16-CV-00684 JLT <br><br> ORDER GRANTING IN PART STIPULATION FOR EXTENSION OF TIME TO FILE THE STIPULATED DISMISSAL |

The parties have filed a stipulation to extend the deadline by which to dismiss the action. (Doc. 67) They indicate that they have been unable to agree as to the amount of fees and costs to be paid. Id. They request an additional 60 days to file the stipulated dismissal. Id.

Notably, though 60 days has passed since the parties filed notice of settlement (Doc. 65), they fail to detail their efforts to resolve the remaining issues or, when they discovered that they would not agree, plaintiffs did not immediately file their motion. Thus, the Court declines to provide 60 more days to file the dismissal. Thus, the Court **ORDERS**:

///

///

///

1. The stipulation for additional time to file the stipulated request for dismissal is **GRANTED in PART**. The stipulation for dismissal or the motion for attorneys' fees **SHALL** be filed **no later than April 13, 2018**.

IT IS SO ORDERED.

Dated: **March 29, 2018**                                  **/s/ Jennifer L. Thurston**
                                                                                    UNITED STATES MAGISTRATE JUDGE